1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR11-5522BHS |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE |
| KODY OLSEN, | |
| Defendant. | |

THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Arlen Storm;

The defendant appears personally and represented by counsel, Ronald Ness;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) the penalties if found to be in violation of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following conditions of supervision as set forth below:

1) Using methamphetamine on or about December 1, 2012.

2) Failing to successfully participate in a residential reentry center program on or about December 6, 2012.

The court having determined that the defendant violated the conditions of his supervision, schedules a **disposition hearing before Judge Settle on December 18, 2012, at 10:00am** and orders the defendant is detained for failing to show that he will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office.

Dated this 10 day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER RE: ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION BY UNITED
STATES PROBATION OFFICE - 2